IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-CR-121-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES EDWARD MILBOURNE, ) | |
| Defendant. ) | |

This matter is before the court on defendant's pro se motion for early termination of his supervised release, [DE #66]. The court has carefully considered the motion and the conduct of defendant while on supervised release. Being satisfied that termination is warranted by the conduct of the defendant and the interests of justice, the court hereby grants the motion and terminates said term of supervised release and discharges the defendant from supervision.

This 31st day of October 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35